```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
         -against-                 :     **22 CR 184 (VM)**
                                   :
THOMAS LAVRIGATA,                  :     <u>ORDER</u>
                                   :
              Defendant.           :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   The sentencing of the above-named defendant, currently scheduled for June 24, 2022, is hereby rescheduled for Friday, August 5 at 11:00 a.m.


**SO ORDERED.**

Dated:   New York, New York
         13 April 2022

_____
Victor Marrero
U.S.D.J.