USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2022

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA               :
                                       :     22 Crim. 184 (VM)
     - against -                       :
                                       :     SCHEDULING ORDER
THOMAS LAVRIGATA,                      :
                                       :
                    Defendant.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

At the request of Defense Counsel and with the consent of the Government (Dkt. No. 16), the sentencing of defendant, currently scheduled for August 5, 2022, is hereby adjourned until September 30, 2022 at 2:00 p.m. Both parties are directed to refer to Judge Marrero's individual rules for deadlines regarding sentencing submissions.

**SO ORDERED.**

Dated:   New York, New York
         July 15, 2022

_____
Victor Marrero
U.S.D.J.