

U.S. Department

United States
Southern Di

The Silvio J. Mollo
One Saint Andrew
New York, New Yo

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2022
```

December 5, 2022

**BY ECF**
The Honorable Victor Marrero
United States District Court
Southern District of New York
New York, New York 10007

    Re:    *United States v. Thomas Lavrigata*, 22 Cr. 184 (VM)

Dear Judge Crotty:

    The Government writes, at the request of the Court and with the consent of defense counsel, to respectfully request that sentencing in this matter, which is currently scheduled for Friday, December 9, be adjourned until Friday, February 10 at 2 p.m.

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney

                   By:    /s/ Emily Deininger
                            Emily Deininger
                            Assistant United States Attorney
                            (212) 637-2472

**Request GRANTED.** The sentencing in this matter is hereby adjourned until February 10, 2023 at 2:00 p.m.

**SO ORDERED.**

12/6/2022
DATE

*/s/ Victor Marrero*
VICTOR MARRERO, U.S.D.J.