USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
 :
UNITED STATES OF AMERICA :   **ORDER**
 :
  -v.- :   22 Cr. 184 (VM)
 :
THOMAS LAVRIGATA, :
 :
       Defendant. :
 :
 :
- - - - - - - - - - - - - - - - - - x

       WHEREAS, with the consent of defendant Thomas Lavrigata, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on March 24, 2022;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
          February  6 , 2023

                                              Victor Marrero
                                              U.S.D.J.