USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    - against -

THOMAS LAVRIGATA,

                         Defendant.

**22 CR 184 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The sentencing in the above-captioned matter, currently scheduled for February 10, 2023 at 2:00 p.m., is hereby rescheduled to February 10, 2023 at 11:00 a.m.

**SO ORDERED.**

Dated:    9 February 2023
          New York, New York

Victor Marrero
U.S.D.J.